HONORABLE JUDGE SALVADOR MENDOZA, JR.

Heather C. Yakely, WSBA #28848
EVANS, CRAVEN & LACKIE, P.S.
818 w. Riverside Ave., Ste. 250
Spokane, WA  99201
Tel:  509-455-5200
hyakely@ecl-law.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID A. ROCHA, | NO.:  CV-17-00224-SMJ |
| Plaintiff, | **DEFENDANTS' NOTICE OF COMPLIANCE OF SERVING INITIAL FRCP 26(a) DISCLOSURES** |
| v. | |
| SPOKANE COUNTY, THE SPOKANE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF TYLER S. KULLMAN, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, AND JOHN DOE 1-10, | |
| Defendants, | |

COME NOW the Defendants, by and through their undersigned counsel of record, and hereby state that all documents and witness disclosures known at this time have been served pursuant to FRCP 26(a)(1) on Counsel for Plaintiff via email and U.S. Mail on September 7, 2017.

**DEFENDANTS' NOTICE OF COMPLIANCE**
**Page 1**

DATED this 7th day of September, 2017.

          EVANS, CRAVEN & LACKIE, P.S.

By:    /s/ Heather C. Yakely
      Heather C. Yakely, WSBA #28848
      EVANS, CRAVEN & LACKIE, P.S.
      Attorney for Defendants
      818 w. Riverside Ave., Ste. 250
      Spokane, WA 99201
      Tel: 509-455-5200
      Fax: 509-455-3632
      hyakely@ecl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

    Vita R. de la Cruz via email:    vito@tamakilaw.com

EVANS, CRAVEN & LACKIE, P.S.

By   s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

**DEFENDANTS' NOTICE OF COMPLIANCE**
**Page 3**