HONORABLE JUDGE SALVADOR MENDOZA, JR.

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID A. ROCHA, an individual, | Case No.   CV-17-00224-SMJ |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| vs. | |
| SPOKANE COUNTY, THE SPOKANE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF TYLER S. KULLMAN, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, AND JOHN DOE 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable on the following dates:

**July 6, 2018 to August 3, 2018.**

NOTICE OF UNAVAILABILITY
page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  Counsel respectfully requests that no hearings be scheduled and that no
2
3  motions, discovery requests, or other documents that require a response be
4  served on the undersigned during the above time periods.
5
6  Dated this 20 day of March, 2018.

7                                      EVANS, CRAVEN & LACKIE, P.S.
8
9
                                       By_____
10                                         HEATHER C. YAKELY, #28848
11                                         Attorneys for Defendants

NOTICE OF UNAVAILABILITY
page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I, hereby certify that on the 30 day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Vita R. de la Cruz via email:     vito@tamakilaw.com

EVANS, CRAVEN & LACKIE, P.S.

By    s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

NOTICE OF UNAVAILABILITY
page 3

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632