FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID A. ROCHA, an individual, | No. 2:17-CV-00224-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| SPOKANE COUNTY, THE SPOKANE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF TYLER S. KULLMAN, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, and JOHN DOE 1–10, | |
| Defendants. | |

On November 27, 2018, the parties filed a stipulated dismissal, ECF No. 38. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation for Issuance of Order of Dismissal with Prejudice and Without Costs to Any Party, **ECF No. 38**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING CASE **-** 1

**3.**     All pending motions are **DENIED AS MOOT**.

**4.**     All hearings and other deadlines are **STRICKEN**.

**5.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 28th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge